IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**RAFAEL SANCHEZ**

        Plaintiff,

vs.

**AMERICAN SECURITY INSURANCE COMPANY,**

        Defendant.
_____/

Case No. _____

(Formerly Miami-Dade County Circuit Court Case No: 10-42323 CA 21)

### DEFENDANT'S NOTICE OF REMOVAL

Defendant American Security Insurance Company ("American"), pursuant to 28 U.S.C. § 1446 and through its attorneys, removes this cause from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, in which it is now pending, to the United States District Court for the Southern District of Florida. In support hereof, American states as follows:

#### A.   *Factual Predicate*

On or about August 3, 2010, Plaintiff filed this civil action against American. *See* Complaint for Damages ("Complaint"), attached hereto as Composite Exhibit "1." Plaintiff filed his lawsuit in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Civil Case No. 10-42323 CA 21. *Id.* Plaintiff has asserted a cause of action against American Security for alleged breach of contract. *Id.*

American, through its registered agent, was first served with Plaintiff's Petition on August 12, 2010. A copy of the Summons is attached hereto as Composite Exhibit "1." A copy of the Service of Process Form is attached hereto as Composite Exhibit "1."

1

### B.   *Diversity Jurisdiction Exists*

This Court has original jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff (who is a citizen of Florida) and American (which is a citizen of Georgia), and the amount in controversy allegedly exceeds $75,000, exclusive of interest and costs.

Plaintiff is a citizen of the State of Florida. Plaintiff admits in the Complaint that he resides in Florida. *See* Compl. ¶ 2, attached hereto as Composite Exhibit "1".

American is a Delaware corporation with its principal place of business located at 260 Interstate North Cir., SE, Atlanta, Georgia, 30339. *See* printout from Florida Department of State, Division of Corporations' website, a true and correct copy of which is attached hereto as Exhibit "2."

American reasonably believes that the purported damages claimed by Plaintiff exceed the requisite amount in controversy, as Plaintiff submitted to American an estimate of the alleged damages totaling $79,789.41, of which $67,292.57 remains in dispute. *See* estimate attached hereto as Exhibit "3."

In addition to the damages which Plaintiff is seeking to recover in the lawsuit for amounts allegedly due under the Policy, Plaintiff is also demanding to recover attorneys' fees pursuant to § 672.428, Fla. Stat. The jurisdictional requirements for purposes of removal are met where a statute authorizes the recovery of attorney's fees and a reasonable amount of those attorney's fees when included in the amount in controversy exceeds $75,000.00. *Mirras v. Time Ins. Co.*, 578 F. Supp. 2d 1351, 1353 (M.D. Fla. 2008) (citing *Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1265 (11th Cir. 2000)); *see also Wheeler v. Allstate Floridian Indem. Co.*, 2006 WL 1126671 at *2, n. 13 (N.D. Fla., Apr. 26, 2006) (statutorily authorized fees are properly

considered when determining the jurisdictional amount in controversy in a diversity case). To establish the jurisdictional requirements have been met, Defendant can offer affidavits to support its assertion that the amount of attorney's fees incurred throughout the case will reach an amount that, when added to the other claimed damages, will exceed $75,000.00. *See Mirras,* 578 F. Supp. 2d at 1352. In the instant case, Plaintiff's reasonable attorney's fees will easily exceed $10,000.00 related just to pleading, discovery, review of documents and motion practice. *See* Declaration of David O. Batista, Esq. attached hereto as Exhibit "4". The jurisdictional amount in controversy of $75,000 is therefore met.

### C.   *Procedural Compliance*

As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in this matter in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, that were served upon American are attached as Composite Exhibit "1." The Notice of Removal is being filed within 30 days after service of Plaintiff's Complaint upon American, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b). Plaintiff has agreed to grant American a 10 day extension of time until September 13, 2010 to respond to Plaintiff's Complaint. As required by 28 U.S.C. § 1446(d), written notice of the filing of this notice of removal will be given to Plaintiff and will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. No admission of fact, law or liability is intended by this notice of removal, and all defenses, affirmative defenses and motions are hereby reserved.

**WHEREFORE**, Defendant American Security Insurance Company respectfully requests that the aforesaid action now pending against Defendant in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade, Florida, Case No. 10-42323 CA 21, be removed to this

3

Greenberg Traurig, P.A. ■ Attorneys at Law ■ 401 East Las Olas Boulevard ■ Suite 2000 ■ Fort Lauderdale, FL 33301 ■ Tel 954.765.0500 ■ Fax 954.765.1477 ■ www.gtlaw.com

Honorable Court.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
*Attorneys for Defendant American Security Insurance Company*
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477

By: _____
WILLIAM R. CLAYTON
Florida Bar No. 0485977
*claytonw@gtlaw.com*
DAVID O. BATISTA
Florida Bar No. 175803
*batistad@gtlaw.com*
SARA LEVY
Florida Bar No. 0023767
*levysa@gtlaw.com*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via facsimile (305) 893-5506 and U.S. Mail to: **Keith A. Truppman, Esq.**, Mintz & Truppman, P.A., 1700 Sans Souci Boulevard, North Miami, Florida 33181, on this 13 day of September, 2010.

_____
SARA LEVY

*FTL.107,820,5271 067871017700v*

4